UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO.: C-06-798-002 |
| | § | |
| MARIA ANGELITA VILLAR | § | |
|     Defendant | § | |

### ORDER

On October 26, 2011, Christine King, United States Probation Officer for the Southern District of Texas and Donna G. Hughes, Ph.D. were served subpoenas in the Interest of Faith Mireles, Heaven Mireles, Children, Case No. 2009-05602J, to appear on Monday, October 31, 2011, in the 315th District Court of Harris County, Texas, to give testimony and provide probation and treatment records regarding Maria Angelita Villar who is under the supervision of this court.

The Court hereby ORDERS the subpoenas issued upon United States Probation Officer Christine King and Donna G. Hughes, Ph.D. are QUASHED. United States Probation Officer Christine King and Donna G. Hughes, Ph.D. shall not comply with the requests made in the subpoenas.

SIGNED on October 28, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge